UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WASHINGTON WINDSOR,

Plaintiff,

v.

GEORGE WASHINGTON UNIVERSITY,

Defendant.

**Civil Action No. 1:24-cv-02707-AHA**

### ***PLAINTIFF'S MOTION FOR SERVICE OF PROCESS BY U.S. MARSHALS***

TO THE HONORABLE COURT:

Plaintiff Washington Windsor, proceeding in forma pauperis (IFP), respectfully moves this Court to direct the **United States Marshals Service (USMS)**, Department of Justice, to serve the Summons and Complaint upon Defendant George Washington University (GWU) in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3).

**1. Plaintiff's IFP Status and Court's Duty**

1.       On January 27, 2025 this Court granted Plaintiff's Motion to Proceed In Forma Pauperis (IFP), entitling Plaintiff to service of process at no cost.

2.       Under 28 U.S.C. § 1915(d) and Rule 4(c)(3), when a plaintiff is granted IFP status, the Court must order the United States Marshals Service (USMS) to serve process on the defendant.

**2. Request for U.S. Marshals Service**

1.       Plaintiff respectfully requests that the U.S. Marshals Service, under the Department of Justice, be directed to serve the Summons and Complaint upon Defendant George Washington University at its registered agent or official address as follows:

George Washington University

Office of the Vice President and General Counsel

2000 Pennsylvania Avenue NW, Suite 305

Washington, DC 20006

Phone: (202) 994-6503

Fax: (202) 994-4640

Email: gwlegal@gwu.edu

2.       Alternatively, should Defendant's legal counsel be authorized to accept service, Plaintiff requests service upon:

Jessica Rodriguez, Esq.

Morris, Manning & Martin LLP

1333 New Hampshire Avenue, NW, Suite 800

Washington, D.C. 20036

Direct: (202) 216-4106

Email: jrodriguez@mmmlaw.com

### 3. Expedited Service to Prevent Delays

1.  This case was initially filed on September 16, 2024, and Plaintiff has suffered ongoing harm and damages due to delays in service.

2.  Given the significant impact on Plaintiff, the Court should approve this Motion for Service without further delay to ensure due process and timely proceedings.

### 4. Conclusion

Under Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d), Plaintiff respectfully requests that the Court approve this Motion for Service of Process without further delay.

This case was initially filed on September 16, 2024, and Plaintiff has already endured substantial harm and damages due to the lack of timely service. The failure to effectuate service has significantly impacted Plaintiff, causing undue stress, procedural setbacks, and delays in seeking justice.

Given these ongoing issues, it is imperative that the Court directs the U.S. Marshals Service to serve the Summons and Complaint on Defendant George Washington University immediately. Judicial efficiency, fairness, and the protection of Plaintiff's rights necessitate swift action to ensure this matter proceeds without further unnecessary delay.

For these reasons, Plaintiff urges the Court to grant this motion promptly and order the U.S. Marshals Service to execute service upon Defendant at the provided address.

Dated: February 24, 2025

Respectfully submitted,

_____-

Washington Windsor

Plaintiff, Pro Se

530 E. McDowell Rd, Unit 107-206

Phoenix, AZ 85004

icc@sandraoconnerlawschool.education

202-701-5504